UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAMON JAQUEZ, on behalf of himself and
others similarly situated,
                              Plaintiff,              21 Civ. 1449 (LGS)

                -against-                    ORDER

WHAM-O, INC.,

                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pre-trial conference in this matter was originally scheduled for April 22, 2021, at 11:00 a.m.

      WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan on April 15, 2021. The parties did not file the joint letter or proposed case management plan.

      WHEREAS, the Order, dated April 19, 2021, directed the parties to file the joint letter and proposed case management plan by April 20, 2021. The parties did not do so, and the Order, dated April 21, 2021, adjourned the initial pre-trial conference to April 29, 2021, at 11:00 a.m., and directed submission of the parties' materials by April 22, 2021.

      WHEREAS, the parties again failed to file their joint letter and proposed case management plan. Accordingly, it is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on April 26, 2021**, and shall explain why they have repeatedly been unable to comply with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, as soon

as possible and no later than **noon on April 26, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendant and (ii) requesting adjournment of the initial pretrial conference.

The parties are reminded that compliance with Court-ordered deadlines is not optional. Further non-compliance may result in dismissal for failure to prosecute.

Dated: April 23, 2021
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**