UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
RAMON JAQUEZ, on behalf of himself and                        :
others similarly situated,                                    :
                                                              :
                                         Plaintiff,           :   21 Civ. 1449 (LGS)
                                                              :
                    -against-                                 :   ORDER
                                                              :
WHAM-O, INC.,                                                 :
                                                              :
                                         Defendant.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 26, 2021 (Dkt No. 11), directed Plaintiff to serve that Order on Defendant by April 27, 2021, and file proof of service.

WHEREAS, Plaintiff has not filed proof of service. It is hereby

**ORDERED** that as soon as possible, and by **April 30, 2021**, Plaintiff shall serve a copy of the April 26, 2021, Order on Defendant and file proof of service.

Plaintiff is again reminded that compliance with Court-ordered deadlines is not optional and that non-compliance may result sanctions or prejudice, including dismissal for failure to prosecute.

Dated: April 28, 2021
       New York, New York

_____
               **LORNA G. SCHOFIELD**
           **UNITED STATES DISTRICT JUDGE**